Order affirmed, with costs; first and second questions certified answered in the negative and third in affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ.   Not sitting: KELLOGG, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. HARRY W. COWAN, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued January 12, 1927; decided January 27, 1927.)

APPEAL from a judgment of the Kings County Court, rendered March 23, 1926, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Lawrence J. McGoldrick* for appellant.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ.   Absent: KELLOGG, J.

---

GEORGE E. SEALY Co., INC., Appellant, v. ARDS BUILDING CORPORATION, Respondent, Impleaded with Others.

*Liens — mechanic's lien — action to foreclose lien of subcontractor — abandonment of work by general contractor and completion by owner at cost sufficient to exhaust contract price.*

*Sealy Co., Inc.,* v. *Ards Building Corp.,* 216 App. Div. 313, affirmed.

(Argued January 12, 1927; decided January 27, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 26, 1926, which affirmed a determination of the Appellate Term affirming a judgment of the City Court of the city of New York in favor of defendant, respondent, in an action to foreclose a mechanic's lien. Plaintiff was a subcontractor. The principal contractor abandoned the work which was finished by the owner. It was shown that the cost of

completion left but $36.13 in the hands of the owner out of the contract price and that this balance was subject to legal expenses, leaving nothing for subcontractors.

*Samuel D. Johnson* and *Charles L. Apfel* for appellant. *Edward Hymes* and *Arthur Knox* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: KELLOGG, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN PETRUCCI, Appellant.

*Crimes — robbery in first degree — judgment of conviction affirmed.*

People v. *Petrucci,* 216 App. Div. 849, affirmed.

(Argued January 13, 1927; decided January 27, 1927.)

·APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 21, 1926, which affirmed a judgment of the Kings County Court, rendered upon a verdict convicting defendant of the crime of robbery in the first degree.

*W. N. Seligsberg* and *Jacob Shientag* for appellant. *Charles J. Dodd,* District Attorney (*Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: KELLOGG, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GIUSEPPE PROVENZANO, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued January 13, 1927; decided January 27, 1927.)

APPEAL from a judgment of the Supreme Court, rendered July 10, 1926, at a Trial Term for the county of Monroe, upon a verdict convicting the defendant of the crime of murder in the first degree.